## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Sarah Joy Wishert, | § | Case No. 25-52076-mmp |
| | § | |
| Debtor | § | Chapter 7 |

### Order Approving Employment of Real Estate Broker

On this day the Court considered the Application of the bankruptcy estate herein to employ a real estate broker, and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is, therefore,

ORDERED that the employment of Mel T. Davis, as real estate broker for the bankruptcy estate, be, and it is hereby, approved.

IT IS FURTHER ORDERED that the Trustee is authorized to execute the listing agreement attached to the Application.

IT IS FURTHER ORDERED that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

### ###

1

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com