**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Sarah Joy Wishert,** | § | **Case No. 25-52076-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

**Amended Application for Approval of Employment of Real Estate Broker**

TO ALL PARTIES IN INTEREST:

**This pleading requests relief which may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, San Antonio Division, 615 East Houston Street, Room 597, San Antonio, Texas 78205. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

John Patrick Lowe, the duly qualified and acting Trustee in this case, respectfully shows the Court:

**1.**

Movant is the Trustee in this Chapter 7 case. This case was commenced on September 4, 2025 as a Chapter 7 case and since that date the case has remained pending under that Chapter. This Application is filed by right of the provisions of 11 United States Code §§327 and 704, Federal Rule of Bankruptcy Procedure 2014 and Local Rule 2014.

**2.**

The Trustee moves for authority to employ Mel T. Davis, doing business at 14895 Donop Road, San Antonio, Texas and P.O. Box 236, Elmendorf, Texas 78112, as the real estate broker for the estate to assist the Trustee in the liquidation of a remainder interest in about 4 acres of real property in Wilson County, Texas. The Debtor claimed an exemption in the remainder interest. The Trustee objected to that claim of exemption. The matter was tried. The Court sustained the objection and denied and overruled the claim of exemption in the remainder interest. Docket entries 20 and 35. That ruling is final. The Trustee proposes to pay a six percent (6%) broker's commission to Mr. Davis out of the sales proceeds of the remainder interest. Mel T. Davis is a qualified, licensed real estate broker. To the best of the Trustee's knowledge, Mr. Davis has no connection with any parties in interest, including the Debtor or any creditor, or her attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and has no interest adverse to the bankruptcy estate that would disqualify him from employment. He appears to be a disinterested person within the meaning of 11 U.S.C. §101(14) and 327(a). The Trustee has retained Mr. Davis as real estate broker for the estates in several unrelated Chapter 7 and 11 cases in which the undersigned served or serves as Trustee.

**3.**

The Trustee has selected Mel T. Davis because he is a licensed real estate broker and has assisted the Trustee in other bankruptcy cases in the liquidation of real property assets. The services to be rendered by Mel T. Davis include the listing of the remainder interest and the exposure of the remainder interest to the market.

**4.**

The Trustee has not employed or sought authority from the Court to employ any professional in the same profession as Mel T. Davis, real estate broker.

**5.**

The Trustee has not given any compensation or promised any compensation to Mel T. Davis and has not given any security or pledge to said broker.

**6.**

Attached to this pleading are Mr. Davis' affidavit, his disclosure of compensation and the listing agreement.

**7.**

This application makes one material change to the original application filed on March 30, 2026 at docket entry 37. It changes the last sentence of Mr. Davis' affidavit to state that he will share any compensation which is allowable by the Court in this case with Robert Reese, a realtor working under Mr. Davis's brokerage.

WHEREFORE, the Trustee prays that the employment of the above named real estate broker be approved by the Court.

April___2___2026

Respectfully submitted,

_____
John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
(830) 407-5115
Email: pat.lowe.law@gmail.com

3

## Certificate of Service

This is to certify that a true and correct copy of the above and foregoing Amended Application for Approval of Employment of Real Estate Broker, and proposed Order, have been mailed to all parties on the attached Service List, by the CH/ECF system; by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Application on this the _____ day of April 2026.

_____
Patrick Lowe

4