State of Texas     §

County of Bexar  §

BEFORE ME, the undersigned notary public, on this day personally appeared Mel T. Davis, who, being by me duly sworn on his oath deposed and said as follows:

"My name is Mel T. Davis, and I am a real estate broker doing business at P.O. Box 236, Elmendorf, Texas 78112, phone number (210) 633-2445. I have reviewed the petition and the mailing matrix in the Chapter 7 bankruptcy case filed by Sarah Joy Wishert, Case No. 25-52076-mmp in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division. With the stated exception, to the best of my information and belief I do not have any connection with the Debtor, the Chapter 7 Trustee, any creditors, any other party in interest or her respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee. As real estate broker or auctioneer, I have assisted John Patrick Lowe, the Chapter 7 Trustee, in liquidating real and personal property in other unrelated Chapter 7 and 11 cases in which he serves or served as the Trustee. I do not hold or represent any interest adverse to the bankruptcy estate of Sarah Joy Wishert. I am a disinterested person within the meaning of 11 U. S. Code §§101(14) and 327(a).

No compensation has been paid or agreed to be paid to Affiant within one year prior to the date of the filing of the petition, for services rendered or to be rendered in contemplation of or in connection with this case. Any compensation which is allowable by this Court will not be shared with any entity other than Robert Reese, a realtor who works under my brokerage.

Page 1 of 2

Mel T. Davis

SUBSCRIBED AND SWORN TO BEFORE ME on the 2nd day of April 2026 to certify which witness my hand and official seal of office.



PATRICIA KAY DAVIS
My Notary ID # 132133608
Expires August 16, 2027

Patricia K. Davis

Notary Public, State of Texas