## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Sarah Joy Wishert,** | § | **Case No. 25-52076-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

### Disclosure of Compensation Under 11 U.S.C. § 329
### And Bankruptcy Rule 2016(b)

I certify that I am the proposed real estate broker for the bankruptcy estate in the above-named case and that the compensation paid or agreed to be paid to me for services rendered, or to be rendered, on behalf of the bankruptcy estate in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

No compensation has been received by me in connection with my employment by the bankruptcy estate in this case.

All fees and expenses to be paid to me are subject to prior approval by the Court.

March 26, 2026.

Mel T. Davis