## GENERAL WARRANTY DEED

EXHIBIT " A "

**Date:** January 28, 2009

**Grantor:** EMILY F. WISHERT, a single woman (widow of CLYDE H. WISHERT)

**Grantor's Mailing Address:**

> 168 Oak Park Road
> Adkins, Texas 78101
> (Wilson County)

**Grantee:** SARAH J. WISHERT, a single woman

**Grantee's Mailing Address:**

> 168 Oak Park Road
> Adkins, Texas 78101
> (Wilson County)

**Consideration:**

> Love and affection which I have for my daughter, SARAH J. WISHERT

**Property:**

> Lot 26, OAK PARK DEVELOPMENT SUBDIVISION, in Wilson County, Texas, a part of the William Sturrock Survey No. 12, Abstract No. 286, as shown of record in Volume 2, Pages 12-14, Plat Records of Wilson County, Texas.

> And being that same Lot 26 described in deed dated May 25, 1971 from Johnnie E. Merchant to Clyde H. Wishert, et ux, of record in Vol. 438, Page 289, Official Public Records of Wilson County, Texas.

> LESS AND EXCEPT that certain 4.449 acres of land, more or less, out of Lot 26 of OAK PARK DEVELOPMENT SUBDIVISION, in Wilson County, Texas, as recorded in Volume 2, Pages 12-14, of the Plat Records of Wilson County, Texas, being a part of that same land described in deed dated May 25, 1971 from Johnnie E. Merchant to Clyde H. Wishert, et ux, of record in Vol. 438, Page 289, Official Public Records of Wilson County, Texas; said 4.449 acre tract being more particularly described as follows:

> BEGINNING at an iron pipe found in the existing east R.O.W. line of Oak Park Road for the most southwesterly corner of this tract and the most southwesterly corner of the above referenced Lot 26, said point also being the most northwesterly corner of Lot 25;

> THENCE N 10°03'16"E, 127.61 feet along said east R.O.W. line of Oak Park Road to an iron pipe found in same for the beginning of a curve to the right;

> THENCE continuing along said east R.O.W. line of Oak Park Road with said curve in a northeasterly direction and having a central angle of 02°16'48", a radius of 2125.90 feet, a tangent distance of 42.30 feet, an arc length of 84.60 feet, and a chord bearing and distance of N 10°24'20" E, 84.59 feet to an iron rod set in same for the most northwesterly corner of this tract;

CL\WISO408.129

THENCE S 79°47'15" E, 809.33 feet, crossing said Lot 26 to an iron rod set in the common fence line with a 1.33 acre tract described in Volume 929, Page 541 of the Official Records of Wilson County, Texas for the most northeasterly corner of this tract;

THENCE S 14°42'17" W, 273.02 feet along the common fence line with said 1.33 acre tract, also with the east boundary of said Lot 26, to an iron rod found in same for the most southeasterly corner of this tract and the most southeasterly corner of said Lot 26;

THENCE, N 75°26'00" W, (Ref. Brg.) 790.16 feet along the common line with said Lot 25 to the POINT OF BEGINNING and containing 4.449 acres of land, more or less.

And being that same 4.449 acre tract shown on plat marked Exhibit "A" which is attached hereto.

LESS AND EXCEPT that certain 1.0 acre of land situated within the William Sturrock Survey No. 12, Abstract No. 286, in Wilson County, Texas, being a portion of Lot 26 of the Oak Park Development Subdivision, of record in Volume 2, Pages 12-14, Plat Records of Wilson County, Texas, said 1.0 acre tract being more particularly described as follows

BEGINNING at an iron stake on the east line of Oak Park Road marking the southwest corner of Lot 27 and being the northwest corner of Lot 26, for the northwest corner of this herein described tract;

THENCE South 19 deg. 32 min. West, a distance of 37.36 feet with the east line of Oak Park Road to an angle point;

THENCE continuing with the east line of Oak Park Road, South 14 deg. 34 min. West, a distance of 109.26 feet to an iron stake for the southwest corner of this tract;

THENCE South 75 deg. 26 min. East, a distance of 288.0 feet into Lot 26 to an iron stake for the southeast corner of this herein described tract;

THENCE North 14 deg. 47 min. East, a distance of 146.5 feet to an iron stake on the north boundary of Lot 26 and being the south boundary of Lot 27, for the northeast corner of this herein described tract;

THENCE North 75 deg. 26 min. West, a distance of 298.5 feet along the north line of Lot 26 and the south line of Lot 27 to the POINT OF BEGINNING.

And being that same 1.0 acre tract described in deed dated June 25, 1984 from Clyde H. Wishert, et ux, to King George Wiley, et ux, of record in Vol. 632, Page 84, Official Public Records of Wilson County, Texas.

And being that same 1.0 acre tract shown on plat marked Exhibit "B" which is attached hereto.

**Reservations From and Exceptions To Conveyance and Warranty:**

SAVE AND EXCEPT for Grantor and Grantor's assigns, a reservation of the full possession, benefit and use of the Property for the remainder of Grantor's life.

This conveyance is made and accepted subject to any and all other easements, conditions, restrictions, and exceptions, if any, relating to the above described property but only to the extent that they are still in effect and shown of record in the Office of the County Clerk of Wilson County, Texas.

CLWISO408.129

Bk Vol Pg
GP 1492 514

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, GRANTS, GIVES, and CONVEYS to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors and administrators forever. Grantor binds Grantor and Grantor's heirs, executors and administrators to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors and administrators, against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When this Deed is executed by more than one person, or when the Grantor and/or Grantee is more than one person, the instrument shall read as though pertinent verbs, nouns and pronouns were changed correspondingly, and when executed by or to a legal entity other than a natural person, the words "heirs, executors and administrators" or "heirs and assigns" shall be construed to mean "successors and assigns." Reference to any gender shall include either gender and in the case of a legal entity other than a natural person, shall include the neuter gender, all as the case may be.

_Emily F. Wishert_
EMILY F. WISHERT

THE STATE OF TEXAS     §

COUNTY OF WILSON     §

This instrument was acknowledged before me on January 28, 2009, by EMILY F. WISHERT.

GARY W. SHANK
Notary Public, State of Texas
My Commission Expires Mar 31, 2009

_Gary W. Shank_
Notary Public, State of Texas

PORTIONS OF THIS DOCUMENT MAY NOT BE LEGIBLE/REPRODUCIBLE WHEN RECEIVED FOR RECORDING

AFTER RECORDING RETURN TO:

Sarah J. Wishert
168 Oak Park Road
Adkins, Texas 78101

CLWIS0406.129

# EXHIBIT "A"

SCALE: 1" = 100'

4.449 ACRES

S14°42'17"W  273.02'

1.0 AC.
V. 632
P. 84

DETAIL
NTS

P.O.B.

N10°09'16"E  127.61'

OAK PARK ROAD

### SURVEY PLAT

BEING 4.449 acres of land, more or less, out Lot 23, Oak Park Development, Wilson County, Texas as recorded in Volume 2, Pages 13-14, Plat Records of Wilson County, Texas and being known as 156 Oak Park Road.

BUTZ
LAND
SURVEYING

DRAWN BY: R.C.C.

# EXHIBIT "B"



Doc
00041035 OP

Bk
OP

Vol
1492

Pg
517

Filed for Record in:
Wilson County
by  Eva S. Martinez
County Clerk

On: Feb 03,2009 at 09:23A

As a Recording

Document Number:   00041035
Total Fees       :       36.00

Receipt Number - 86430
By,
Judy Fleming,

F: 6. S.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF WILSON
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me and was duly RECORDED in Official Public Records the Volume: 1492 and Page:  512 of the named records of:   Wilson County
as stamped hereon by me.

Feb 03,2009



COUNTY CLERK
WILSON COUNTY, TEXAS