**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 03, 2026.**

_____

**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SARAH JOY WISHERT, | § | CASE NO. 25-52076-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### ORDER DISMISSING EMPLOYMENT APPLICATION AS MOOT

The Court considered the Trustee's *Application for Approval of Employment of Real Estate Broker* (ECF No. 37) and the docket in the above-captioned case and determined the *Application* should be dismissed as moot. The Trustee filed an *Amended Application for Approval of Employment of Real Estate Broker* on April 2, 2026 (ECF No. 38), rendering this *Application* moot. It is, therefore,

ORDERED that the above-referenced *Application* (ECF No. 37) is hereby DISMISSED AS MOOT.

# # #