**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Sarah Joy Wishert, | § | Case No. 25-52076-mmp |
| | § | |
| Debtor | § | Chapter 7 |

**Supplement to the Amended Application for Approval of Employment of Real Estate Broker**
**[Doc. No. 38]**

TO THE HONORABLE MICHAEL M. PARKER, CHIEF UNITED STATES BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe, the Trustee in this case, and makes and files this Supplement to the Amended Application for Approval of Employment of Real Estate Broker [Doc. No. 38], and in support thereof respectfully represents to the Court as follows:

**1.**

On April 2, 2026, the trustee filed his Amended Application for Approval of Employment of Real Estate Broker, docket no. 38.

**2.**

The trustee files this Supplement to that pleading to attach the affidavit of Robert Reese.

DATED: April ____, 2026.

Respectfully submitted,

_____
John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Supplement to the Amended Application for Approval of Employment of Real Estate Broker [Doc. No. 38] has been mailed to all parties on the attached Service List, by First Class mail, postage prepaid; by the CM/ECF system; or by electronic mail within 2 days of the filing of this Supplement on this the **2nd** day of April 2026.

_____

Patrick Lowe

State of Texas  §

County of Bexar  §

BEFORE ME, the undersigned notary public, on this day personally appeared Robert Reese, who, being by me duly sworn on his oath deposed and said as follows:

"My name is Robert Reese, and I am a real estate agent doing business at P.O. Box 236, Elmendorf, Texas 78112, phone number (210) 633-2445. I have reviewed the petition and the mailing matrix in the Chapter 7 bankruptcy case filed by Sarah Joy Wishert, Case No. 25-52076-mmp in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division. To the best of my information and belief I do not have any connection with the Debtor, the Chapter 7 Trustee, any creditors, any other party in interest or her respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee. I do not hold or represent any interest adverse to the bankruptcy estate of Sarah Joy Wishert. I am a disinterested person within the meaning of 11 U. S. Code §§101(14) and 327(a).

No compensation has been paid or agreed to be paid to Affiant within one year prior to the date of the filing of the petition, for services rendered or to be rendered in contemplation of or in connection with this case. If a broker's commission is earned and allowed by the Court, it will be paid to Mel T. Davis, the proposed real estate broker for the estate, who will pay part of that commission to me depending upon who, as between the two of us, procures a buyer for the estate's remainder interest.

Robert Reese

Page 1 of 2

SUBSCRIBED AND SWORN TO BEFORE ME on the 7th day of April 2026 to certify which witness my hand and official seal of office.

Notary Public, State of Texas

MITCHELL CAIN
Notary ID #134109338
My Commission Expires
December 16, 2026