## SERVICE LIST

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Amy Elizabeth Clark-Downing
Ciment Law Firm
221 Bella Katy Dr.
Katy, TX 77494-6821

Chase Card Services
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE 19850-5298

Daniel J. Ciment
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, TX 77494-6821
BY THE CM/ECF SYSTEM ONLY

Internal Revenuce Service
P O Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Kevin M. Epstein
United States Trustee
615 E Houston, Suite 533
San Antonio, TX 78205-2055
BY THE CM/ECF SYSTEM ONLY

Sarah Joy Wishert
168 Oak Park Rd
Adkins, TX 78101-2408

Wilson County
Linebarger Goggan Blair & Sampson LLP
Attn: Don P. (for Postlude) Stecker
112 E Pecan Suite 2200
San Antonio TX 78205-1588