**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 25-52076-mmp** |
| **Sarah Joy Wishert,** | § | |
| | § | **Chapter 7** |
| **Debtor** | § | |

**APPLICATION FOR RETENTION OF ACCOUNTANT**
**PURSUANT TO 11 U.S.C §327(a)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed with 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, 615 East Houston Street, Room 597, San Antonio, Texas 78205. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

1. The applicant is John Patrick Lowe, Chapter 7 Trustee, in this case which was originally filed under Chapter 7 on September 4, 2025.

2. The Applicant seeks to employ John Mosley as the estate's certified public accountant. It is in the best interest of the estate that John Mosley be employed to advise the Trustee regarding tax matters affecting the estate and to prepare all necessary income tax returns for the estate. The estate will be obliged to file a federal income tax return to report the proceeds of the liquidation of the estate's remainder interest in real property in Wilson County, Texas.

3. John Mosley represents no interest adverse to the estate. Attached hereto as Exhibit "A" and "B", respectively, are the Disclosure of Compensation under 11 U.S.C. §329 and Bankruptcy Rule 2016(b) and the affidavit of John Mosley that he has no interest adverse to this estate.

4. No other professionals in the same profession have been previously employed pursuant to Court order in this case.

5. John Mosley will be compensated pursuant to the employment contract as Exhibit "C". The hourly rates charged are as follows: accountant is $200.00 per hour. No compensation will be paid until a fee application has been filed and approved by the Court, pursuant to 11 U.S.C. §328(a) and the requirements of any other applicable case law.

WHEREFORE, John Patrick Lowe, Chapter 7 Trustee prays that he be authorized to retain certified public accountant John Mosley as the estate's accountant in the above Chapter 7 case, and for such other relief as is just.

Respectfully submitted,

John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Phone: (830) 407-5115
Email: pat.lowe.law@gmail.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Trustee's Application for Retention of Accountant Pursuant to 11 U.S.C §327(a), and the Proposed Order, have been served on the parties listed on the attached Service List, by the CM/ECF system; by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Application on this the 21 day of October, 2026.

John Patrick Lowe