**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | | |
| | § | **Case No. 25-52076-mmp** |
| **Sarah Joy Wishert,** | § | |
| | § | |
| **Debtor** | § | **Chapter 7** |

**DISCLOSURE OF COMPENSATION UNDER**
**11 U.S.C. §329 AND BANKRUPTCY RULE 2016(b)**

I certify that I am the certified public accountant for the Trustee in this case, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in such capacity in, or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

| | |
|---|---|
| Amount paid: | None |
| Amount to be paid: | Hourly at $200 Per Hour |
| Property transferred to accountant: | None |
| Collateral held by accountant: | None |
| The source of the compensation already paid was | None |

I have not agreed to share this compensation with any other person.

Dated: October 16, 2026

/s/ John Mosley

John Mosley
SBN: 14581640
3834 Spicewood Springs Road Ste 202
Austin, Texas 78759
Tel: (512) 327-7777
Fax: (512) 852-4777