**EXHIBIT "B"**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 25-52076-mmp** |
| **Sarah Joy Wishert,** | § | |
| | § | |
| **Debtor** | § | **Chapter 7** |

I, John Mosley, make solemn oath:

1. "I am an accountant and am duly licensed to practice in the State of Texas.

2. "I maintain my office at 3834 Spicewood Springs Road Suite 202, Austin, Texas, 78759. The telephone number is (512) 327-7777.

3. "I do not hold or represent an interest adverse to the estate on the matters on which I am to be employed, and I am a `disinterested person' as defined in 11 U.S.C. §101(14). I have not had any connection with the Debtor, creditors, or parties in interest, except as follows: I have been employed by the trustee in other bankruptcy cases.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. "

Executed on October 16, 2026

/s/ John Mosley
John Mosley
SBN: 14581640
3834 Spicewood Springs Road Ste 202
Austin, Texas 78759
Tel: (512) 327-7777
Fax: (512) 852-4777