# EXHIBIT "C"

## AGREEMENT FOR PROFESSIONAL SERVICES

AGREEMENT made effective October 16, 2026, at 3834 Spicewood Springs Road, Suite 202, Austin, Texas 78759 between John Mosley, located at the address stated above, (the "Accountant") and John Patrick Lowe, Trustee (the "Client").

### RECITALS

In consideration of the mutual promises contained in this contract, the parties agree as follows:

### Terms of Agreement

1. This agreement shall be effective as of the day of execution and shall continue in effect until the services provided for have been performed.

2. The accountant agrees to advise the client regarding tax matters and to prepare all necessary tax returns for the client concerning the estate in Case No.25-52076-mmp, styled In Re: Sarah Joy Wishert, Debtor, in the United States Bankruptcy Court, Western District of Texas, San Antonio Division.

### Compensation of Accountant

3. In consideration of the services to be performed by the Accountant, the Client agrees to compensate the Accountant for the services rendered at the rate of $200.00 per hour for Accountant's services.

### Expenses

4. Additionally, the Client agrees to reimburse the Accountant for any reasonable expenses incurred by the Accountant in performing the agreed services for the Client. Such expenses shall include, but are not limited to, postage, copies ($.25 per page), facsimiles ($.75 per page), filing fees, and the like.

### Entire Agreement

5. This agreement constitutes the sole and only agreement of the parties to it and supersedes any prior understandings or oral agreements between the parties respecting this subject matter. Any oral representations or modifications concerning this instrument shall be of no force or effect excepting a subsequent modification in writing, signed by the party to be charged.

### Governing Law

6. This agreement shall be construed under and in accordance with the laws of the State of Texas.

### Successors and Assigns

7. This agreement shall be binding on and inure to the benefit of the parties to it and their respective heirs, executors, administrators, legal representatives, successors, and assigns when permitted by this agreement.

### Bankruptcy Court Approval

8. This agreement, including the compensation and reimbursement of expenses to be paid to Accountant, are subject to the approval of the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

### Trustee Liability

9. The compensation and reimbursement of expenses to be paid to Accountant shall be paid from the assets of the estate, if any. The trustee has no individual liability for the payment of compensation and reimbursement expenses provided for herein.

Executed at Austin, Texas on October 16, 2026.

Accountant:

/s/ John Mosley
John Mosley

Client:

John Patrick Lowe