**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Sarah Joy Wishert,** | § | **Case No. 25-52076-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

**Motion to Sell a Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens**

TO ALL PARTIES IN INTEREST:

John Patrick Lowe, the Trustee in this case, makes and files this Motion, and in support of it respectfully represents to the Court as follows:

**1.**

Movant is the Trustee in this Chapter 7 case. This case was commenced on September 4, 2025 as a Chapter 7 case and since that date the case has remained pending under that Chapter. This motion is filed by right of 11 United States Code §§363(b) and (f) and 704, Federal Rule of Bankruptcy Procedure 6004 and local rule 6004.

2.

The Debtor discloses as an asset of her estate an interest in real property in Wilson County, Texas. Docket entry 1, page 9, asset 1.1. That interest is a remainder interest, not a present possessory interest in real property. The Debtor made a claim of exemption in that asset. The Trustee objected to that claim of exemption. The Court tried the objection and sustained it, denying and overruling the Debtor's claim of exemption. Docket entries 20 and 35. The remainder interest remains an asset of the Debtor's estate.

**3.**

The Trustee sought and obtained authority from the Court to employ Mel T. Davis as the real estate broker for the estate to assist the Trustee in the attempt to reduce the remainder interest to cash. Docket entries 38, 40 and 41.

**4.**

Mr. Davis found a buyer for the remainder interest. The Trustee has attached to this motion a copy of his contract to sell the remainder interest to Joe D. Wishert, the Debtor's brother, for $60,000.00.

**5.**

The Trustee moves for authority to sell the remainder interest in real property in Wilson County, Texas to Joe D. Wishert for the amount of $60,000.00 under the terms and conditions of the attached contract of sale. Timely filed allowed claims, other than the ad valorem tax claim, are $46,775.59.

**6.**

The Trustee is aware of no liens on the remainder interest. The life tenant is responsible under Texas law for the payment of ad valorem taxes on real property in which the life estate exists. The lawyer for the Wilson County, Texas ad valorem taxing bodies has, however, requested that certain language in the proposed sale Order be included to preserve the rights to collect the ad valorem taxes.

**7.**

The Trustee moves for authority to pay from the sales proceeds the cost of the owner's policy of title insurance, the 6% real estate broker's commission and the other reasonable and customary costs of sale.

**8.**

The Trustee does not believe that the proposed sale will create a federal income tax liability for the estate. But the Trustee's application to employ John Mosley as the accountant for the estate is pending. Mr. Mosley will prepare the estate's federal income tax return. If there is tax due on that return, the Trustee will move the Court for authority to pay that tax before its due date.

**9.**

The Trustee also moves for authority to execute, acknowledge and deliver any instrument or record, including a warranty deed, necessary to consummate or memorialize the proposed sale.

**10.**

This sale is subject to higher and better offers.

WHEREFORE, premises considered, the Trustee prays that he be authorized to sell the aforesaid asset, and for such other and further relief, as is just.

October 30 2026

Respectfully submitted,

______________________________

John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
Telephone:(830) 407-5115
Email: pat.lowe.law@gmail.com

**Certificate of Service**

This is to certify that a true and correct copy of the above and foregoing Motion to Sell the Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens and the proposed Order, have been served on the parties listed on the attached Service List, by the CM/ECF system; by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Motion on this the 30th day of October 2026.

______________________________

Patrick Lowe