**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Sarah Joy Wishert,** | § | **Case No. 25-52076-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

**Order Granting Motion to Sell a Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens**

On this day came on to be heard the Chapter 7 Trustee's Motion to Sell a Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens. Appearing was John Patrick Lowe, the Chapter 7 Trustee. After considering the motion, the docket and the representations on the record, the Court is of the opinion that the Trustee's motion should be granted.

IT IS, THEREFORE, ORDERED that the Chapter 7 Trustee's Motion to Sell a Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens is granted.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to sell the bankruptcy estate's remainder interest n real property in Wilson County, Texas to Joe D. Wishert for the amount of $60,000.00.

IT IS FURTHER ORDERED that such sale shall be free and clear of any and all liens, claims, security interests and encumbrances, except ad valorem tax liens, with all liens, claims, security interests and encumbrances shall attach to the sales proceeds.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to pay at the closing of the sale from the sales proceeds the premium for the owner's policy of title insurance, the other costs of sale the contract of sale obliges the Trustee to pay and the 6% real estate broker's commission.

IT IS FURTHER ORDERED that the Trustee is authorized and directed to execute, acknowledge and deliver any instrument or record, including a warranty deed, necessary to consummate or memorialize the sale.

IT IS FURTHER ORDERED that nothing in this Order shall be deemed to extinguish, impair or alter in any manner the ad valorem tax liens pertaining to the subject property.

# # #

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com