# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 25−52076−mmp
Chapter No.: 7
Judge: Michael M Parker

IN RE: **Sarah Joy Wishert** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **11/24/26 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 45 Motion to Sell a Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens 11 USC 363(f) (Filing Fee: $199.00) filed by Trustee John Patrick Lowe. Hearing Scheduled For 11/24/2026 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 10/31/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

Western District of Texas

In re: Case No. 25-52076-mmp
Sarah Joy Wishert Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 2
Date Rcvd: Nov 02, 2026 Form ID: 134 Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah Joy Wishert, 168 Oak Park Rd, Adkins, TX 78101-2408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 02 2026 23:32:00 | Wilson County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| 19096380 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2026 22:42:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19006140 | + | Email/PDF: bncnotices@becket-lee.com | Nov 02 2026 22:42:58 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 19006141 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 02 2026 22:44:02 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 19006143 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2026 23:33:00 | Internal Revenuce Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 19064441 | + | Email/Text: RASEBN@raslg.com | Nov 02 2026 23:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19011057 | | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 02 2026 23:32:00 | Wilson County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19006142 | | Citibank/The Home Depot, PO Box 790034, Centralized BkMO63179 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0542-5 User: admin Page 2 of 2
Date Rcvd: Nov 02, 2026 Form ID: 134 Total Noticed: 8

Date: Nov 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Amy Elizabeth Clark-Downing | on behalf of Debtor Sarah Joy Wishert amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Daniel J. Ciment | on behalf of Debtor Sarah Joy Wishert Daniel@cimentlawfirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Don Stecker | on behalf of Creditor Wilson County don.stecker@lgbs.com don.stecker@ecf.courtdrive.com |
| John Patrick Lowe | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 6