**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 20, 2026.**

**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 25-52076-mmp** |
| **Sarah Joy Wishert,** | § | |
| | § | |
| **Debtor** | § | **Chapter 7** |

**ORDER APPROVING EMPLOYMENT OF ACCOUNTANT PURSUANT TO 11 U.S.C § 327(a)**

ON THIS DAY the Court considered the Trustee's Application for Retention of Accountant and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is, therefore,

ORDERED that the employment of John Mosley, as certified public accountant for the estate, be, and it is hereby, approved and it is further

ORDERED that compensation will be paid upon application to this Court only after notice and hearing, pursuant to 11 U.S.C. §330 and the requirements of any other applicable case law, It is further

ORDERED that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of the Order. It is further

ORDERED that a copy of this order will be served by the clerk's office upon the

professional at the following address: John Mosley, CPA, 3834 Spicewood Springs Road, Suite 202, Austin, Texas 78759.

###

Prepared by:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Phone: (830) 407-5115
Email: pat.lowe.law@gmail.com