**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 23, 2026.**

MICHAEL M. PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Sarah Joy Wishert,** | § | **Case No. 25-52076-mmp** |
| | § | |
| **Debtor** | § | **Chapter 7** |

**Order Granting Motion to Sell a Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens**

On this day came on to be heard the Chapter 7 Trustee's Motion to Sell a Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens. Appearing was John Patrick Lowe, the Chapter 7 Trustee. After considering the motion, the docket and the representations on the record, no objections to the Trustee's Motion having been filed, the Court is of the opinion that the Trustee's motion should be granted.

IT IS, THEREFORE, ORDERED that the Chapter 7 Trustee's Motion to Sell a Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens, docket entry 45, is granted.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to sell the bankruptcy estate's remainder interest in real property in Wilson County, Texas, described in the Exhibit A attached to this Order, to Joe D. Wishert for the amount of $60,000.00.

IT IS FURTHER ORDERED that such sale shall be free and clear of any and all liens, claims, security interests and encumbrances, except year 2026 ad valorem tax liens, with all liens, claims, security interests and encumbrances, except year 2026 ad valorem tax liens, shall attach to the sales proceeds.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to pay at the closing of the sale from the sales proceeds the premium for the owner's policy of title insurance, the other costs of sale the contract of sale obliges the Trustee to pay and the 6% real estate broker's commission.

IT IS FURTHER ORDERED that the Trustee is authorized and directed to execute, acknowledge and deliver any instrument or record, including a warranty deed, necessary to consummate or memorialize the sale.

IT IS FURTHER ORDERED that nothing in this Order shall be deemed to extinguish, impair or alter in any manner the ad valorem tax liens pertaining to the subject property.

# # #

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

# GENERAL WARRANTY DEED

EXHIBIT A

**Date:** January 28, 2009

**Grantor:** EMILY F. WISHERT, a single woman (widow of CLYDE H. WISHERT)

**Grantor's Mailing Address:**

168 Oak Park Road
Adkins, Texas 78101
(Wilson County)

**Grantee:** SARAH J. WISHERT, a single woman

**Grantee's Mailing Address:**

168 Oak Park Road
Adkins, Texas 78101
(Wilson County)

**Consideration:**

Love and affection which I have for my daughter, SARAH J. WISHERT

**Property:**

Lot 26, OAK PARK DEVELOPMENT SUBDIVISION, in Wilson County, Texas, a part of the William Sturrock Survey No. 12, Abstract No. 286, as shown of record in Volume 2, Pages 12-14, Plat Records of Wilson County, Texas.

And being that same Lot 26 described in deed dated May 25, 1971 from Johnnie E. Merchant to Clyde H. Wishert, et ux, of record in Vol. 438, Page 289, Official Public Records of Wilson County, Texas.

**LESS AND EXCEPT** that certain 4.449 acres of land, more or less, out of Lot 26 of OAK PARK DEVELOPMENT SUBDIVISION, in Wilson County, Texas, as recorded in Volume 2, Pages 12-14, of the Plat Records of Wilson County, Texas, being a part of that same land described in deed dated May 25, 1971 from Johnnie E. Merchant to Clyde H. Wishert, et ux, of record in Vol. 438, Page 289, Official Public Records of Wilson County, Texas; said 4.449 acre tract being more particularly described as follows:

BEGINNING at an iron pipe found in the existing east R.O.W. line of Oak Park Road for the most southwesterly corner of this tract and the most southwesterly corner of the above referenced Lot 26, said point also being the most northwesterly corner of Lot 25;

THENCE N 10°03'16"E, 127.61 feet along said east R.O.W. line of Oak Park Road to an iron pipe found in same for the beginning of a curve to the right;

THENCE continuing along said east R.O.W. line of Oak Park Road with said curve in a northeasterly direction and having a central angle of 02°16'48", a radius of 2125.90 feet, a tangent distance of 42.30 feet, an arc length of 84.60 feet, and a chord bearing and distance of N 10°24'20" E, 84.59 feet to an iron rod set in same for the most northwesterly corner of this tract;

THENCE S 79°47'15" E, 809.33 feet, crossing said Lot 26 to an iron rod set in the common fence line with a 1.33 acre tract described in Volume 929, Page 541 of the Official Records of Wilson County, Texas for the most northeasterly corner of this tract;

THENCE S 14°42'17" W, 273.02 feet along the common fence line with said 1.33 acre tract, also with the east boundary of said Lot 26, to an iron rod found in same for the most southeasterly corner of this tract and the most southeasterly corner of said Lot 26;

THENCE, N 75°26'00" W, (Ref. Brg.) 790.16 feet along the common line with said Lot 25 to the POINT OF BEGINNING and containing 4.449 acres of land, more or less.

And being that same 4.449 acre tract shown on plat marked Exhibit "A" which is attached hereto.

**LESS AND EXCEPT** that certain 1.0 acre of land situated within the William Sturrock Survey No. 12, Abstract No. 286, in Wilson County, Texas, being a portion of Lot 26 of the Oak Park Development Subdivision, of record in Volume 2, Pages 12-14, Plat Records of Wilson County, Texas, said 1.0 acre tract being more particularly described as follows

BEGINNING at an iron stake on the east line of Oak Park Road marking the southwest corner of Lot 27 and being the northwest corner of Lot 26, for the northwest corner of this herein described tract;

THENCE South 19 deg. 32 min. West, a distance of 37.36 feet with the east line of Oak Park Road to an angle point;

THENCE continuing with the east line of Oak Park Road, South 14 deg. 34 min. West, a distance of 109.26 feet to an iron stake for the southwest corner of this tract;

THENCE South 75 deg. 26 min. East, a distance of 288.0 feet into Lot 26 to an iron stake for the southeast corner of this herein described tract;

THENCE North 14 deg. 47 min. East, a distance of 146.5 feet to an iron stake on the north boundary of Lot 26 and being the south boundary of Lot 27, for the northeast corner of this herein described tract;

THENCE North 75 deg. 26 min. West, a distance of 298.5 feet along the north line of Lot 26 and the south line of Lot 27 to the POINT OF BEGINNING.

And being that same 1.0 acre tract described in deed dated June 25, 1984 from Clyde H. Wishert, et ux, to King George Wiley, et ux, of record in Vol. 632, Page 84, Official Public Records of Wilson County, Texas.

And being that same 1.0 acre tract shown on plat marked Exhibit "B" which is attached hereto.

**Reservations From and Exceptions To Conveyance and Warranty:**

**SAVE AND EXCEPT** for Grantor and Grantor's assigns, a reservation of the full possession, benefit and use of the Property for the remainder of Grantor's life.

This conveyance is made and accepted subject to any and all other easements, conditions, restrictions, and exceptions, if any, relating to the above described property but only to the extent that they are still in effect and shown of record in the Office of the County Clerk of Wilson County, Texas.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, GRANTS, GIVES, and CONVEYS to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors and administrators forever. Grantor binds Grantor and Grantor's heirs, executors and administrators to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors and administrators, against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When this Deed is executed by more than one person, or when the Grantor and/or Grantee is more than one person, the instrument shall read as though pertinent verbs, nouns and pronouns were changed correspondingly, and when executed by or to a legal entity other than a natural person, the words "heirs, executors and administrators" or "heirs and assigns" shall be construed to mean "successors and assigns." Reference to any gender shall include either gender and in the case of a legal entity other than a natural person, shall include the neuter gender, all as the case may be.

Emily F. Wishert
EMILY F. WISHERT

THE STATE OF TEXAS §

COUNTY OF WILSON §

This instrument was acknowledged before me on January 28, 2009, by EMILY F. WISHERT.

GARY W. SHANK
Notary Public, State of Texas
My Commission Expires Mar. 31, 2009

Gary W. Shank
Notary Public, State of Texas

PORTIONS OF THIS DOCUMENT MAY NOT BE LEGIBLE/REPRODUCIBLE WHEN RECEIVED FOR RECORDING

AFTER RECORDING RETURN TO:

Sarah J. Wishert
168 Oak Park Road
Adkins, Texas 78101

00041035 OP 1492 515

This property is not located in the 100 year flood plane according to [illegible] Map No. [illegible] 0062 [illegible] Effective Date August 16, 1995, Zone "C".

Subject to all restrictive covenants and/or easements.

| Curve Table | | | | | | |
|---|---|---|---|---|---|---|
| CURVE | DELTA | RAD. | TAN. | LEN. | CH. BRG. | CH. DIST. |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

NOTE: [illegible] Wilson County subdivision requirements.

*NOTE: Bearing based on Plat recorded in Volume 2, Pages 12-14 of the Plat Records of Wilson County, Texas.

NOTE: This survey is being provided solely for the use of the current parties and no license has been created, express or implied, to copy the survey except as is necessary in conjunction with this transaction.

# EXHIBIT "A"




## SURVEY PLAT

BEING 4.449 acres of land, more or less, out Lot 28, Oak Park Development, Wilson County, Texas as recorded in Volume 2, Pages 12-14, Plat Records of Wilson County, Texas and being known as 168 Oak Park Road.

I, a Registered Professional Land Surveyor in the State of Texas, do hereby certify that, to the best of my knowledge, information and belief, the above plat is a true representation of an actual survey made on the ground under my supervision, to the local standard of care, and that I have located apparent easements, right-of-ways, and encroachments as of the 14th day of April 2008.

This the 1st day of May, 2008.
Field Notes also prepared [illegible].

STATE OF TEXAS
REGISTERED
J.M. BUTZ JR.
2024
PROFESSIONAL LAND SURVEYOR

J.M. Butz, Jr., R.P.L.S. No. 2024
JOB NO. 08-123

BUTZ LAND SURVEYING
3600 KUMMERZ RD.
ST HEDWIG, TX. 78152-9778
PHONE 210-667-1059
FAX 210-667-1004

DRAWN BY: R.C.C.

# EXHIBIT "B"




Doc 00041035 Bk OP Vol 1492 Pg 516

N
Scale: 1"=100 FT

Deed Referance:
Clyde H. Wishert et ux,
Volume-437 Page-276
Deed Records
Wilson County, Texas

Revised July 17th 1984

Survey Plat
of

1.0 acre, being a portion of Lot-26 of the Oak Park Development Recorded in Volume-2 Pages 112-14 Plat Records of Wilson County, Texas,

South Texas Surveying Consultants
1104 Tenth Street 393-4076
Floresville, Texas 78114

I hereby certify that the above plat is true and correct according to an actual ground survey done by Chief of Party, Reynaldo Martinez, under my direction and supervision on this 14th day of June 1984.

Oscar L Billimek

Oscar L Billimek
Registered Public Surveyor No 3870

| Doc | Bk | Vol | Pg |
|---|---|---|---|
| 00041035 | OP | 1492 | 517 |

Filed for Record in:
Wilson County
by Eva S. Martinez
County Clerk

On: Feb 03,2009 at 09:23A

As a Recording

Document Number: 00041035
Total Fees : 36.00

Receipt Number - 86430
By,
Judy Fleming,

F: G. S.

Any provision herein which restricts the sale, rental, or use of the described realproperty because of color or race is invalid and unenforceable under federal law.

THE STATE OF TEXAS
COUNTY OF WILSON

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me and was duly RECORDED in Official Public Records the Volume: 1492 and Page: 512 of the named records of: Wilson County as stamped hereon by me.

Feb 03,2009

Eva S. Martinez
COUNTY CLERK
WILSON COUNTY, TEXAS