***#45 Motion to Sell a Remainder Interest in Real Property in Wilson County, Texas to Joe D. Wishert Free and Clear of Liens 11 USC 363(f) (Filing Fee: $199.00) filed by Trustee John Patrick Lowe.***

## EXHIBIT AND WITNESS LIST

A0 187 (REV. 4/82)

| | | |
|---|---|---|
| **Sarah Wishert Vs. Chapter 7 Trustee** | | DISTRICT COURT<br>Western (**SAN ANTONIO**) |
| PLAINTIFF'S ATTORNEY<br>**Amy Clark-Downing** | DEFENDANT'S ATTORNEY<br>**John Patrick Lowe** | DOCKET NUMBER<br>**25-52076 P-7**<br>TRIAL DATE(S)<br>**November 23, 2026** |
| PRESIDING JUDGE<br>**MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR<br>**Daniel Diaz** | COURTROOM DEPUTY<br>**DEANNA CASTLEBERRY** |

| PLF, NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| W/1 | | 11/23/26 | --------- | ----------- | **JOE WISHERT** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FILED
NOV 23 2026
U.S. BANKRUPTCY COURT
BY jmc DEPUTY